# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 5, 2017

### NO. 03-17-00683-CV

**Jane Doe and John Doe, Appellants**

**v.**

**Arguello Hope & Associates, PLLC; Philip K. Broderick, Individually;
Andres A. Arguello, Individually; Samantha Fenwich, Individually; Schavon J. Jahn;
and Albert Zavala, Appellees**

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on September 5, 2017. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.